FILED DEC 13 2007
NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FARRUKH AMIN<br><br>Petitioner<br><br>vs.<br><br>MICHAEL CHERTOFF, Secretary<br>RUTH DOROCHOFF, District Director<br>Department of Homeland Security.<br><br>Respondents | 07CV 7020<br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE BROWN<br><br>A 096 554 887 |

### PETITION FOR WRIT OF MANDAMUS

Petitioner, FARRUKH AMIN, by and through his attorney, the Law Offices of Reza Baniassadi, respectfully petitions the Honorable Court to enter an order directing the Respondents, Secretary and District Director of the Department of Homeland Security, to adjudicate and make a decision on the Petitioner's Application for adjustment of status to a Lawful Permanent Residence, Form (I- 485.) In support of his complaint, the Petitioner states as follows:

### I. JURISDICTION AND VENUE

1. This is a civil action brought pursuant to 8 U.S.C. 1329, 28 U.S.C. Sections 1331 and 1361 to redress the deprivation of rights, privileges and immunities secured to the Petitioner, by which statutory jurisdiction is conferred, to compel the Respondents to perform a duty that the Respondents owe to the Petitioner, Jurisdiction is also conferred by 5 U.S.C. Section 704.

2. Venue is also proper under 28 U.S.C. Section 1391(b), since the Respondents are the Secretary and District Director of the Department of the Homeland Security (USCIS), an agency of the United States Government, located at 101 West Congress pkwy, Chicago, Illinois.

## II. PARTIES

3. The Petitioner, FARRUKH AMIN, is a native and citizen of Pakistan who currently resides at 9039 Kennedy Ct., Apt # 203, Orland Park, IL 60462. His alien number is A 96 554 887.

4. Respondents, are Secretary and the District Director of the USCIS, Chicago Office, the United States Department of Homeland Security. As such, they are charged with the duty of administration and enforcement of all the functions, powers, and duties of INS.

## III. CLAIM FOR RELIEF

5. On or about June 16, 2005, more than two and half years a go, the Petitioner filed with the Respondents, a Form I-485 Application to Register for Permanent Residence and to adjust his status to that of an alien lawfully admitted for permanent residence, pursuant to the provisions of Section 245 of the aforesaid Act, 8 U.S.C. 1255.(*See* the attached Exhibit A)

6. On May 15, 2006, Petitioner attended an interview held at Respondents's office. The interview was conducted by one of the Respondents's agent, or employee. (*See* the attached Exhibit B).

7. Since May 15, 2006, the Petitioner and his attorney have made numerous oral and written requests concerning a final adjudication of said application.

8. No response to any of said inquiries has been received from the Respondents, and upon information and belief, the application remains unadjudicated. The Service alleges that it has not received the result of the Petitioner's back ground check.

9. The Respondents, in violation of the Administrative Procedure Act, are unlawfully withholding or unreasonably delaying a decision on the Petitioner's Application, and have not completed the adjudicative functions delegated to them by the laws of the United States in regard to the said application.

10. Petitioner has exhausted all administrative remedies that existed and were available

to him.

**WHEREFORE, Petitioner prays that the Court:**

A. Compel Respondents and those acting under their authority and direction to perform their duties and to render a decision on the Petitioner's application.

B. Grant the Petitioner his attorney's fees and costs in regard to this action;

C. Grant him such other and further relief as this Honorable Court deems to be just and reasonable under the circumstances.

                                        Respectfully submitted
                                        FARRUKH AMIN

                                        _____
                                        Attorney for Petitioner
                                        Reza Baniassadi

The Law Offices of Reza Baniassadi
Attorney for the Petitioner
180 North LaSalle Street,
Suite #1921
Chicago, IL 60601

(312) 201-1210

C:\MyFiles\COMPLAINT\Mandamus I-485 Chetan Patel.wpd  3

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt Number: | | Case Type: |
|---|---|---|
| MSC-05-267-13805 | | I-485 - Application to Register Permanent Residence or Adjust Status |
| Received Date:<br>June 16, 2005 | Priority Date: | Applicant: A096554887<br>AMIN, FARRUKH |
| Notice Date:<br>June 28, 2005 | Page: 1 OF 1 | ASC Code: 3 |

| FARRUKH AMIN<br>6816 ZURICH CT<br>TINLEY PARK IL 60477 | Notice Type: Receipt Notice<br>Amount Received: $385.00 |
|---|---|

The above application has been received. Please notify us immediately if any of the above information is incorrect. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

**FINGERPRINTING AND BIOMETRICS-**
The next step is to have your fingerprints and biometrics taken at a BCIS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at 1-800-375-5283 to schedule your appointment. For TDD hearing impaired assistance, please call 1-800-767-1833.

It is important that you schedule your appointment. If you do not schedule or appear for your appointment, it could cause your application to be denied. If you need to reschedule your appointment, please call the NCSC at 1-800-375-5283.

**WHAT TO BRING TO Your appointment -**
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

If you do not bring this letter and photo identification, we cannot process you. BIOMETRICS PROCESSING STAMP
Please bring a copy of all receipt notices received from BCIS in relation to your current application for benefits.
ASC SITE CODE: RCHPR
BIOMETRICS QA REVIEW BY:
15794 ON 9/2/05
TENPRINTS QA REVIEW BY:
157785 9/2/05

**CASE STATUS -**
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283

EXHIBIT A
5104199　　0002462306

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | NOTICE DATE<br>March 27, 2006 |
|---|---|---|
| CASE TYPE<br>FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | A#<br>A 096 554 887 |
| APPLICATION NUMBER<br>MSC0526718805 | RECEIVED DATE<br>June 16, 2005 | PRIORITY DATE<br>June 16, 2005 | PAGE<br>1 of 1 |

FARRUKH AMIN
PO BOX 2306
ORLAND PARK IL 60462

You are hereby notified to appear for the interview appointment, as scheduled below, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485) and any supporting applications or petitions. Failure to appear for this interview and/or failure to bring the below listed items will result in the denial of your application. (8 CFR 103.2(b)(13))

**Who should come with you?**
- ☐ If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- ☐ If you do not speak English fluently, you should bring an interpreter.
- ☐ Your attorney or authorized representative may come with you to the interview.
- ☐ If your eligibility is based on a parent/child relationship and the child is a minor, the petitioning parent and the child must appear for the interview.

**NOTE:** Every adult (over 18 years of age) who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building, and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)
- ☐ This Interview Notice and your Government issued photo identification.
- ☐ A completed medical examination (Form I-693) and vaccination supplement in a sealed envelope (unless already submitted).
- ☐ A completed Affidavit(s) of Support (Form I-864) with all required evidence, including the following, for **each** of your sponsors (unless already submitted):
  - ☐ Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years;
  - ☐ Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - ☐ Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.
- ☐ All documentation establishing your eligibility for Lawful Permanent Resident status.
- ☐ Any immigration-related documentation ever issued to you, including any Employment Authorization Document (EAD) and any Authorization for Advance Parole (Form I-512).
- ☐ All travel documents used to enter the United States, including Passports, Advance Parole documents (I-512) and I-94s (Arrival/Departure Document).
- ☐ Your Birth Certificate.
- ☐ Your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident Status.
- ☐ If you have children, bring a Birth Certificate for each of your children.
- ☐ If your eligibility is based on your marriage, in addition to your spouse coming with you to the interview with you, bring:
  - ☐ A certified copy of your Marriage Document issued by the appropriate civil authority.
  - ☐ Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - ☐ If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
  - ☐ Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you.
- ☐ Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- ☐ Original and copy of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- ☐ If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- ☐ A certified English translation for each foreign language document. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

**YOU MUST APPEAR FOR THIS INTERVIEW.** If an emergency, such as your own illness or a close relative's hospitalization, prevents you from appearing, call the U.S. Citizenship and Immigration Services (USCIS) National Customer Service Center at 1-800-375-5283 as soon as possible. Please be advised that rescheduling will delay processing of application/petition, and may require some steps to be repeated. It may also affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call the USCIS National Customer Service Center at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>230 S. DEARBORN STREET<br>KLUCZYNSKI FEDERAL BLDG<br>2ND FLOOR<br>CHICAGO IL 60604<br>23 | ON: Monday, May 15, 2006<br>AT: 07:45 AM |
|---|---|

EXHIBIT 'B'

APPLICANT COPY

Form I-797C (Rev. 01/31/05) N