UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FARRUKH AMIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 7020 |
| | ) | |
| MICHAEL CHERTOFF, Secretary, RUTH DOROCHOFF, District Director Department of Homeland Security, | ) ) ) | Judge Gettleman |
| | ) | |
| Defendants. | ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: Jonathan C. Haile
JONATHAN C. HAILE
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-2055

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## ATTORNEY DESIGNATION

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on January 30, 2008, to the following non-ECF filers:

> Reza Babuassadi
> Law Offices of Reza Babuassadi
> 180 North LaSalle Street
> Suite 2900
> Chicago, Illinois 60601

>                By:  s/ Jonathan C. Haile
>                     JONATHAN C. HAILE
>                     Assistant United States Attorney
>                     219 South Dearborn Street
>                     Chicago, Illinois 60604
>                     (312) 886-2055
>                     jonathan.haile@usdoj.gov