# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7020 | **DATE** | 6/25/2008 |
| **CASE TITLE** | Farrukh Amin    vs    Michael Chertoff | | |

**DOCKET ENTRY TEXT:**

This cause is reported settled and is dismissed with prejudice.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|